

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable R. V. Rayford
County Auditor
Rusk County
Henderson, Texas

Dear Sir:

Opinion No. O-5589
Re: Whether the Commissioners'
Court of Rusk County has
the legal authority to pay
the salary of an employee
of the Farm Security Admin-
istration.

Your letter of September 2, 1943, requesting the opinion of this Department on the above stated question reads as follows:

"Please advise me whether or not the Commissioners' Court has the authority to pay the salary of an employee of the Farm Security Administration. This employee is to make investigations and look after collections for the F S A."

We have made a careful search of the statutes and fail to find any statute authorizing the county to pay the salary of the above mentioned employee. In the absence of any statute authorizing the county to pay the said employee out of county funds it is our opinion that the Commissioners' Court of Rusk County does not have the legal authority to pay the employee in question out of any county fund or funds.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED SEP 11 1943
Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

By

Ardell Williams
Assistant

AW:ncd